December 31, 2024

**<u>VIA ECF</u>**

Hon. Arun Subramanian, U.S.D.J.
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

GRANTED. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 9.

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: January 3, 2025

Re:   *Gonzalez v. The Toronto-Dominion Bank, et al.,* Case No. 1:24-cv-09445-AS

Dear Judge Subramanian:

We write on behalf of our respective clients in the above-referenced action, Plaintiff and proposed Lead Plaintiff Pedro Gonzalez and Defendants The Toronto-Dominion Bank ("TD"), Bharat B. Masrani, Kelvin Vi Luan Tran, Riaz E. Ahmed, and Leovigildo Salom (together with TD, "Defendants," and Defendants together with Mr. Gonzalez, the "Parties").

Mr. Gonzalez filed a putative class action complaint for alleged violations of the federal securities laws on December 11, 2024. *Gonzalez*, ECF No. 1. *Gonzalez* is related to *Tiessen v. The Toronto-Dominion Bank*, No. 1:24-cv-08032-AS (S.D.N.Y.), which plaintiff James Tiessen filed on October 22, 2024.

Like *Tiessen, Gonzalez* is a putative securities class action subject to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). The PSLRA provides for the appointment of a lead plaintiff and lead counsel after a 60-day notice period (15 U.S.C. § 78u-4(a)(3)). The PSLRA also provides for a stay of discovery while any motion to dismiss is pending unless the court finds upon the motion of any party that particularized discovery is necessary to preserve evidence or to prevent undue prejudice to that party (15 U.S.C. § 78u-4(b)(3)(B)).

On the last day of the 60-day notice period, December 23, 2024, two movants sought appointment as lead plaintiff, approval of their respective counsel, and consolidation of *Tiessen* and *Gonzalez*, Mr. Tiessen and Mr. Gonzalez. *Tiessen*, ECF Nos. 17, 20. The motions are pending.

The Parties anticipate that, after the Court has designated a lead plaintiff pursuant to 15 U.S.C. § 78u-4(a)(3)(B), the lead plaintiff will file an amended complaint superseding the initial complaint in *Gonzalez*.

The Parties have met and conferred and agree that a response from Defendants to the initial complaint in *Gonzalez*, which will in all likelihood be superseded by a consolidated and/or amended class action complaint filed by the lead plaintiff once appointed, would invite waste, duplicative effort and needless expenditure of judicial and party resources. Subject to the approval of the Court, the Parties therefore stipulate and agree, as follows:

1. The undersigned attorneys for Defendants accept service of the summons and complaint in *Gonzalez* on behalf of Defendants upon approval or endorsement of this submission by the Court, without prejudice and without waiver of any defenses, objections, or arguments, in this matter or any other matter, except as to the sufficiency of service of process of the initial complaint in this action;

Judge Arun Subramanian
December 31, 2024
Page 2

2. Defendants shall have no obligation to answer, move to dismiss, or otherwise respond to any complaint in *Gonzalez* (or any action with which *Gonzalez* is consolidated) until a schedule for such response is ordered by the Court;

3. Within fourteen (14) days of the Court's entry of an order pursuant to the PSLRA appointing a lead plaintiff and approving the lead plaintiff's selection of counsel, counsel shall meet and confer and submit for the Court's approval a proposed schedule for the filing by the lead plaintiff of an amended complaint (or the designation of the initial complaint filed by the appointed lead plaintiff as the operative complaint), Defendants' response thereto, and briefing or other submissions associated with any motion(s) to dismiss; and

4. The Parties expressly preserve all other rights, defenses, and arguments, including without limitation as to jurisdiction.

No requests have been made to-date by any party for an extension of time to answer, move or otherwise respond to the initial complaint in *Gonzalez*. The Court has scheduled a conference for January 15, 2025 to consider motions for the appointment of lead plaintiff and lead counsel and set a schedule for related motion practice (*Tiessen*, ECF No. 8; *Gonzalez*, ECF No. 6), neither of which would be impacted by the Parties' proposed schedule herein.

Respectfully submitted,

| **BLEICHMAR FONTI & AULD LLP** | **ALLEN OVERY SHEARMAN STERLING US LLP** |
|---|---|
| */s/ Joseph A. Fonti* | */s/ Adam S. Hakki* |
| Joseph A. Fonti (Lead Trial Counsel) | Adam S. Hakki |
| 300 Park Avenue, Suite 1301 | Agnès Dunogué |
| New York, New York 10022 | Jeffrey D. Hoschander |
| Telephone: (212) 789-1340 | |
| Facsimile: (212) 205-3960 | 599 Lexington Avenue |
| jfonti@bfalaw.com | New York, New York 10022 |
| | Tel: (212) 848-4000 |
| -and- | adam.hakki@aoshearman.com |
| | agnes.dunogue@aoshearman.com |
| Ross Shikowitz | jeff.hoschander@aoshearman.com |
| 75 Virginia Road | |
| White Plains, New York 10603 | *Counsel for Defendants* |
| Telephone: (914) 265-2991 | |
| Facsimile: (212) 205-3960 | |
| rshikowitz@bfalaw.com | |
| | |
| -and- | |

Judge Arun Subramanian
December 31, 2024
Page 3

Adam C. McCall (*pro hac vice* forthcoming)
1330 Broadway, Suite 630
Oakland, California 94612
Telephone: (212) 789-2303
Facsimile: (415) 445-4020
amccall@bfalaw.com

*Counsel for Plaintiff and Proposed Lead Plaintiff Pedro Gonzalez*