UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
James Tiessen,                                            :
:
      Plaintiff,           :  24-CV-8032 (AS)
:
 -v-                                                 :
:
The Toronto-Dominion Bank et al.,                         :
:
      Defendants.          :
------------------------------------------------------------------------X
:
Pedro Gonzalez,                                           :
:
      Plaintiff,           :  24-CV-9445 (AS)
:
 -v-                                                 :
:  ORDER
The Toronto-Dominion Bank et al.,                         :
:
      Defendants.          :
------------------------------------------------------------------------X

ARUN SUBRAMANIAN, United States District Judge:

  On October 22, 2024, plaintiff Tiessen filed a complaint in 24-CV-8032. On December 11, 2024, plaintiff Gonzalez filed a similar complaint in 24-CV-9445. On December 20, 2024, the Court directed the parties to address whether consolidation would be appropriate. (24-CV-8032, Dkt. 16; 24-CV-9445, Dkt. 6). Both plaintiffs requested that the Court consolidate the actions. (24-CV-8032, Dkts. 17, 20). As the above-captioned actions involve common questions of law and fact and plaintiffs agree that consolidation is appropriate, it is hereby ordered that pursuant to Rule 42(a)(2) of the Federal Rules of Civil Procedure, they are consolidated under the case number 24-CV-8032. It is further ORDERED that the named plaintiffs shall promptly serve a copy of this Order on each of the defendants and file proof of service on the docket. The Clerk of Court is directed to consolidate 24-CV-8032 and 24-CV-9445 under case number 24-CV-8032, and to close 24-CV-9445.

  SO ORDERED.

Dated: January 15, 2025
   New York, New York          _____
                    ARUN SUBRAMANIAN
                    United States District Judge